IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MMW PARTNERS, LLC, | Case No.: 8:17-CV-159 |
| Plaintiff, | |
| vs. | **ORDER** |
| WESTERN AGRICULTURAL INSURANCE COMPANY D/B/A FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the Joint Stipulation for Entry of Protective Orders (Filing No. 23) and Motion for Protective Orders. (Filing No. 25.) The Joint Stipulation is approved and the Motion for Protective Orders is granted.

Accordingly,

**IT IS ORDERED** that protective orders will be entered as requested.

Dated November 27, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge